[No. 32429-2-I.    Division One.    April 24, 1995.]

*In the Matter of the Welfare of* K.A.

HARRY AYERST, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-7-00147-7, Paul D. Hansen, J., entered

November 22, 1994. *Affirmed* by unpublished per curiam opinion.